**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JOHNNIE WHIGHAM,**

    Plaintiff,

v.                                       **CASE NO. 3:05-cv-288-J-16MMH**

**CSX TRANSPORTATION, INC.,**

    Defendant**.**
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 28, 2003, this Court entered an Order to Show Cause (Doc #9) as to why this case should not be dismissed for failure to file a Case Management Report. The Plaintiff has failed to respond to the Court's Order to Show Cause and has failed to file a Case Management Report within the time prescribed by Rule 3.05 of the Local Rules of the United States District Court for the Middle District of Florida. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 19th day of July, 2005.

Copies to:
    Counsel of Record

JOHN H. MOORE II
United States District Judge